# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 3, 2005*

[Cite as *02/03/2005 Case Announcements*, 2005-Ohio-343.]

## MOTION AND PROCEDURAL RULINGS

**2004–0752.   Corporex Dev. & Constr. Mgt., Inc. v. Shook, Inc.**
Franklin App. No. 03AP–269, 2004-Ohio-1408.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to reschedule oral argument currently scheduled for March 8, 2005,

IT IS ORDERED by the court that the motion to reschedule oral argument be, and hereby is, denied.

**2004–2088.   Moss v. Bush.**
On Petition to Contest Election. This cause originated in this court on the filing of a petition to contest an election under R.C. 3515.08. Upon review of the motion for leave of John Conyers, Jr., member of Congress, to file as amicus curiae in support of contestors' counsel, and the motion for admission pro hac vice of Sampak P. Garg by Robert J. Fitrakis for amicus curiae U.S. Rep. John Conyers, Jr.,

IT IS ORDERED that the motions are granted and that amicus curiae John Conyers, Jr., may file a memorandum in response to the motion for sanctions within 10 days of the date of this entry.

MOYER, C.J., In Chambers.

## DISCIPLINARY CASES

**2004–0790.   In re Resignation of Cittadino.**
IT IS ORDERED by this court, sua sponte, that Mary Elizabeth Cittadino, Attorney Registration No. 0074458, last known business address in West Chester, Ohio, is found in contempt for failure to comply with this court's order of August 9, 2004, to wit: failure to surrender attorney registration card, surrender Certificate of Admission, and file affidavit of compliance on or before September 8, 2004.